**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**PROGRESSIVE EXPRESS INSURANCE COMPANY**
**as subrogee of JEFFERSON AANESTAD,**

      **Plaintiff,**

**v.**                                **CASE NO.: 3:22-cv-06392-TKW-ZCB**

**SEA CAT BOATS, LLC,**

      **Defendant.**

_____/

## JOINT NOTICE OF SETTLEMENT

COMES NOW, Plaintiff PROGRESSIVE EXPRESS INSURANCE COMPANY as subrogee of JEFFERSON AANESTAD and Defendant SEA CAT BOATS, LLC, by and through undersigned counsel, and hereby notify the Court that Plaintiff and Defendant have reached a settlement to resolve all of Plaintiff's claims against Defendant in this matter. The Parties have drafted and finalized the settlement agreement. Upon execution of same, the parties will file the appropriate dismissal documents with the Court.

/s/ Joseph C. Proulx
Joseph C. Proulx, Esq.
Florida Bar No.: 0056830
GOLDEN SCAZ GAGAIN, PLLC
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone:  (813) 251-5500
Fax:  (813) 251-3675

1

jproulx@gsgfirm.com
*Attorneys for Plaintiff Progressive*
*Express Insurance Company as*
*Subrogee of Jefferson Aanestad*


 */s/ Michael J. Schofield*              
STEPHEN T. PERKINS (FL Bar #0873284)
SIDNEY W. DEGAN, III (La. Bar #04804)*
KEITH A. KORNMAN (La. Bar #23169)*
DEGAN, BLANCHARD & NASH
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
(504) 529-3333
P/E:sperkins@degan.com
P/E:sdegan@degan.com
P/E:kkornman@degan.com
*Attorneys for Defendant, Sea Cat Boats, LLC*

MICHAEL J. SCHOFIELD (FL Bar #373656)
CLARK PARTINGTON
125 East Intendencia Street, 4th Floor
Pensacola, Florida 32502
(850) 434-9200
P/E: mschofield@clarkpartington.com
S/E: ttorrez@clarkpartington.com
S/E: ahallecy@clarkpartington.com
*Attorneys for Defendant, Sea Cat Boats, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_/s/ Michael J. Schofield_____
STEPHEN T. PERKINS (FL Bar #0873284)
SIDNEY W. DEGAN, III (La. Bar #04804)*
KEITH A. KORNMAN (La. Bar #23169)*
DEGAN, BLANCHARD & NASH
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
(504) 529-3333
P/E:sperkins@degan.com
P/E:sdegan@degan.com
P/E:kkornman@degan.com
*Attorneys for Defendant, Sea Cat Boats, LLC*

MICHAEL J. SCHOFIELD (FL Bar #373656)
CLARK PARTINGTON
125 East Intendencia Street, 4th Floor
Pensacola, Florida 32502
(850) 434-9200
P/E: mschofield@clarkpartington.com
S/E: ttorrez@clarkpartington.com
S/E: ahallecy@clarkpartington.com
*Attorneys for Defendant, Sea Cat Boats, LLC*

3