UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CASE NO.: 3:22-cv-06392-TKW-ZCB

PROGRESSIVE EXPRESS INSURANCE COMPANY
as subrogee of JEFFERSON AANESTAD,

      Plaintiff,

v.

SEA CAT BOATS, LLC,

      Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL

COME NOW, Plaintiff PROGRESSIVE EXPRESS INSURANCE COMPANY as subrogee of JEFFERSON AANESTAD and Defendant SEA CAT BOATS, LLC, by and through undersigned counsel, and hereby stipulate that all claims of Plaintiff in this action against Defendant are dismissed with prejudice, with the Parties to bear their own fees and costs.

      /s/ Joseph C. Proulx
      Joseph C. Proulx, Esq.
      Florida Bar No.: 0056830
      GOLDEN SCAZ GAGAIN, PLLC
      1135 Marbella Plaza Drive
      Tampa, Florida 33619
      Phone:  (813) 251-5500
      Fax:  (813) 251-3675
      jproulx@gsgfirm.com
      *Attorneys for Plaintiff Progressive Express Insurance Company as Subrogee of Jefferson Aanestad*

1

___/s/ Stephen T. Perkins_____
STEPHEN T. PERKINS (FL Bar #0873284)
SIDNEY W. DEGAN, III (La. Bar #04804)*
KEITH A. KORNMAN (La. Bar #23169)*
DEGAN, BLANCHARD & NASH
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
(504) 529-3333
P/E:sperkins@degan.com
P/E:sdegan@degan.com
P/E:kkornman@degan.com
*Attorneys for Defendant, Sea Cat Boats, LLC*

MICHAEL J. SCHOFIELD (FL Bar #373656)
CLARK PARTINGTON
125 East Intendencia Street, 4th Floor
Pensacola, Florida 32502
(850) 434-9200
P/E: mschofield@clarkpartington.com
S/E: ttorrez@clarkpartington.com
S/E: ahallecy@clarkpartington.com
*Attorneys for Defendant, Sea Cat Boats, LLC*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

___/s/ Stephen T. Perkins_____
STEPHEN T. PERKINS (FL Bar #0873284)
SIDNEY W. DEGAN, III (La. Bar #04804)*
KEITH A. KORNMAN (La. Bar #23169)*
DEGAN, BLANCHARD & NASH
400 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
(504) 529-3333
P/E:sperkins@degan.com
P/E:sdegan@degan.com
P/E:kkornman@degan.com
*Attorneys for Defendant, Sea Cat Boats, LLC*

MICHAEL J. SCHOFIELD (FL Bar #373656)
CLARK PARTINGTON
125 East Intendencia Street, 4th Floor
Pensacola, Florida 32502
(850) 434-9200
P/E: mschofield@clarkpartington.com
S/E: ttorrez@clarkpartington.com
S/E: ahallecy@clarkpartington.com
*Attorneys for Defendant, Sea Cat Boats, LLC*

3