**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**PROGRESSIVE EXPRESS**
**INSurance COMPANY**,

     **Plaintiff**,

**v.**                                   **Case No. 3:22cv6392-TKW-ZCB**

**SEA CAT BOATS, LLC**,

     **Defendant**.

_____/

## ORDER OF DISMISSAL

Based on the joint stipulation for voluntary dismissal with prejudice (Doc. 25), it is **ORDERED** that this case is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Clerk shall close the case file

**DONE and ORDERED** this 2nd day of December, 2022.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**